**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

VIVEK SHAH,
Reg. #43205-424 PLAINTIFF

V. 4:15CV000254 SWW

ERIC H. HOLDER, JR.
U.S. Attorney General DEFENDANT

**JUDGMENT**

Consistent with the Order entered separately on this day, this case is dismissed with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 11th day of May, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE